IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| JENNIFER AKRIDGE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO.: 2:17cv372-GMB |
| | ) | [wo] |
| ALFA MUTUAL INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

## **ORDER**

This cause is before the court on the Plaintiff's Motion to Stay Proceedings During Pendency of Review by the Eleventh Circuit of Petition for Writ of Mandamus (Doc. 74) and Renewed Motion for Stay or an Extension of the Summary Judgment Response (Doc. 79). The court having received the Order from the Eleventh Circuit Court of Appeals denying the Petition for Writ of Mandamus (Doc. 85), it is hereby ORDERED as follows:

1. The Plaintiff's Motion to Stay Proceedings During Pendency of Review by the Eleventh Circuit of Petition for Writ of Mandamus (Doc. 74) and Renewed Motion for Stay (Doc. 79) are DENIED as moot.

2. The Defendant has until **September 5, 2018** to show cause why the Plaintiff's alternative motion in Doc. 79 for an extended time period in which to respond to the pending Motion for Summary Judgment ought not be granted.

DONE this 28th day of August, 2018.

/s/ Gray M. Borden
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE