IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JENNIFER AKRIDGE, )
    Plaintiff, )
)
v. ) CASE NO.: 2:17cv372-GMB
) [wo]
ALFA MUTUAL INSURANCE )
COMPANY, )
)
    Defendant. )

## ORDER

This cause is before the court on Defendant's Supplement to Motion for Clarification. Doc. 101. For good cause shown, and on the basis of the arguments advanced during the hearing on today's date, it is hereby ORDERED as follows:

(1) The Supplement to Motion for Clarification (Doc. 101) is GRANTED, and the Defendant is ORDERED to produce for *in camera* inspection the two documents regarding health care costs identified in the Supplement on or before **October 26, 2018**.

(2) The Plaintiff shall file with the court on or before **October 26, 2018** the documents identified in open court on October 23, 2018 as having been produced to the Plaintiff from Blue Cross and Blue Shield and reflecting the costs to the Defendant of the Plaintiff's medical care.

(3) The parties are hereby GRANTED the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this court, to disclose or obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No.

104-191, O110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of any individual who is a party to this action, as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.

This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512(e)(1)(i). The parties are EXPRESSLY PROHIBITED from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action. Further, the parties are ORDERED to either return to the covered entity from whom or which such protected health information was obtained or to destroy the protected health information (including all copies made) immediately upon conclusion of this action. *See* 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

DONE on the 23rd day of October, 2018.

/s/ Gray M. Borden
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE