IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER AKRIDGE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17cv372-GMB |
| | ) | [wo] |
| ALFA MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the Order entered this date, judgment is ENTERED in favor of the Defendant and against Plaintiff Jennifer Akridge.

Costs are TAXED against Plaintiff for which execution may issue.

The Clerk of Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the file.

DONE this 20th day of February, 2019.

/s/ Gray M. Borden
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE